CO-386-online
10/03

# United States District Court
# For the District of Columbia

Bluewater Network, et al.           )
                                    )
                                    )
                                    )
              vs      Plaintiff     )    Civil Action No._____
                                    )
Dirk Kempthorne, et al.             )
                                    )
                                    )
                      Defendant     )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for  Plaintiffs  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  none  which have any outstanding securities in the hands of the public:

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record
_____
Signature

446189
BAR IDENTIFICATION NO.

Howard M. Crystal
Print Name

1601 Connecticut Ave, N.W., Suite 700
Address

Washington      D.C.         20009
City            State        Zip Code

(202)588-5206
Phone Number