UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BLUEWATER NETWORK, et al.    )
                             )   No. 08-841 (GK)
v.                           )
                             )
DIRK KEMPTHORNE, et al.      )

**AFFIDAVIT OF SERVICE**

I hereby declare that service of the Complaint and Summons in the above-captioned case has taken place in the following manner:

1. The United States Attorney for the District of Columbia was served by hand delivery on May 15, 2008;

2. The U.S. Attorney General was served by certified mail on May 19, 2008;

3. The Secretary of the Department of Interior, Dirk Kempthorne, was served by certified mail on May 19, 2008;

4. The Director of the National Park Service, Mary Bomar, was served by certified mail on May 19, 2008.

Receipts verifying this information are attached.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/
Howard M. Crystal (D.C. Bar No. 446189)
Meyer Glitzenstein & Crystal
1601 Connecticut Ave., N.W., Suite 700
Washington, D.C. 20009
(202) 588-5206

July 15, 2008                    Attorney for Plaintiffs

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC  20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)     B. Date of Delivery

C. Signature
X                    MAY 1 9 2008          ☐ Agent
                                           ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Copy from service label)
7007 2680 0002 9519 2813

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

1. Article Addressed to:

Dirk Kempthorne
Secretary
Department of the Interior
1849 C Street, NW
Washington, DC  20240

A. Received by: M. Tyson
C. Signature: M. Crypton
B. Date of Delivery: 6/9/2008

2. Article Number: 7007 2680 0002 9519 2790

---

1. Article Addressed to:

Mary Bomar
Director, National Park Service
1849 C Street, NW
Washington, DC  20240

A. Received by: Jessica Bryan
C. Signature
B. Date of Delivery: 5/19

2. Article Number: 7007 2680 0002 9519 2806

Bluewater Network v. Kempthorne
No. 08-841

Gary Nails
Gary Nails