UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUEWATER NETWORK, et al. ) | |
| ) | No. 08-841 (GK) |
| v. ) | |
| ) | |
| DIRK KEMPTHORNE, et al. ) | |

**AFFIDAVIT OF SERVICE**

I hereby declare that service of the Complaint and Summons in the above-captioned case has taken place in the following manner:

1. The United States Attorney for the District of Columbia was served by hand delivery on May 15, 2008;

2. The U.S. Attorney General was served by certified mail on May 19, 2008;

3. The Secretary of the Department of Interior, Dirk Kempthorne, was served by certified mail on May 19, 2008;

4. The Director of the National Park Service, Mary Bomar, was served by certified mail on May 19, 2008.

Receipts verifying this information are attached.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

                                                      Respectfully submitted,

                                                          /s/
                                         Howard M. Crystal (D.C. Bar No. 446189)
                                         Meyer Glitzenstein & Crystal
                                         1601 Connecticut Ave., N.W., Suite 700
                                         Washington, D.C.  20009
                                         (202) 588-5206

July 15, 2008                            Attorney for Plaintiffs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. Attorney General
950 Pennsylvania Avenue, NW
Washington, DC  20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
C. Signature
X    ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes
    If YES, enter delivery address below:    ☐ No

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Copy from service label)
7007 2680 0002 9519 2813

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Dirk Kempthorne
Secretary
Department of the Interior
1849 C Street, NW
Washington, DC  20240

A. Received by (Please Print Clearly): M. Tysoro
C. Signature X: M. Crysos
B. Date of Delivery: 6/9/2008
3. Service Type: ☑ Certified Mail   ☑ Return Receipt for Merchandise
2. Article Number: 7007 2680 0002 9519 2790

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

---

**SENDER: COMPLETE THIS SECTION**

1. Article Addressed to:

Mary Bomar
Director, National Park Service
1849 C Street, NW
Washington, DC  20240

A. Received by (Please Print Clearly): Jessica Bryan
C. Signature X: Jessica Bryan
B. Date of Delivery: 5/19
3. Service Type: ☑ Certified Mail   ☑ Return Receipt for Merchandise
2. Article Number: 7007 2680 0002 9519 2806

PS Form 3811, July 1999    Domestic Return Receipt    102595-00-M-0952

Bluewater Network v. Kempthorne
No. 08-841

Gary Nails
Gary Nails