UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUEWATER NETWORK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, in his official )<br>capacity as Secretary of the Interior )<br>1849 C Street NW )<br>Washington, DC 20240, and )<br>)<br>and )<br>)<br>MARY BOMAR, in her official )<br>capacity as Director of the )<br>National Park Service, )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240, )<br>)<br>Defendants. )<br>) | No. 1:08-cv-00841 |

**NOTICE OF APPEARANCE**

To the Clerk:

     Please take notice that Barry A. Weiner, an attorney with the United States Department of Justice, Environment & Natural Resources Division, hereby enters his appearance in this case as counsel on behalf of the Defendants, Dirk Kempthorne, in his official capacity as Secretary of the Interior and Mary Bomar, in her official capacity as Director of the National Park Service. Mr. Weiner is registered to use this Court's Electronic Case Filing System (ECF), and thus may be served electronically using ECF. If necessary, notice, orders, or other papers may alternatively be sent to Mr. Weiner as indicated below.

Service of all papers by U.S. Mail should be addressed as follows:

    Barry A. Weiner
    Natural Resources Section
    Environment and Natural Resources Division
    U.S. Department of Justice
    Ben Franklin Station
    P.O. Box 663
    Washington, D.C. 20044-0663
    (202) 305-0469

Express deliveries (Federal Express, courier etc.) should be addressed to:

    Barry A. Weiner
    Natural Resources Section
    Environment and Natural Resources Division
    U.S. Department of Justice
    601 D Street, N.W., Room 3528
    Washington, D.C. 20004

Facsimiles may be transmitted to the undersigned at (202) 305-0274.

    Respectfully submitted this 15th day of July 2008,

                      RONALD J. TENPAS
                      Assistant Attorney General

                      /s Barry A. Weiner
                      BARRY A. WEINER
                      (NY Bar #2739894, NJ Bar #01948-1994)
                      Trial Attorney
                      Natural Resources Section
                      Environment & Natural Resources Division
                      U.S. Department of Justice
                      P.O. Box 663
                      Washington, D.C. 20044-0663
                      Telephone:   202-305-0469
                      Fax:            202-305-0274
                      Email:         Barry.Weiner@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July 2008, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic case filing (ECF) system.

    Howard B. Crystal
    Eric R. Glitzenstein
    Meyer & Glitzenstein
    1601 Connecticut Avenue, N.W.
    Suite 450
    Washington, D.C. 20009
    FAX: (202) 588-5049

    /s Barry A. Weiner
    BARRY A. WEINER