UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUEWATER NETWORK, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DIRK KEMPTHORNE, in his official )<br>capacity as Secretary of the Interior )<br>1849 C Street NW )<br>Washington, DC 20240, and )<br>)<br>and )<br>)<br>)<br>MARY BOMAR, in her official )<br>capacity as Director of the )<br>National Park Service, )<br>Department of the Interior )<br>1849 C Street, N.W. )<br>Washington, D.C. 20240, )<br>)<br>Defendants. )<br>) | No. 1:08-cv-00841<br><br>DEFENDANTS' UNOPPOSED<br>MOTION FOR AN EXTENSION<br>OF TIME TO RESPOND TO THE<br>COMPLAINT |

DEFENDANTS, DIRK KEMPTHORNE, in his official capacity as Secretary of the Department of the Interior, and MARY BOMAR, in her official capacity as Director of the National Park Service for the Department of the Interior, by and through the undersigned counsel, hereby respectfully request a brief extension of time to respond to the Plaintiffs' Complaint in this matter.

Plaintiffs filed their complaint on May 15, 2008 and return of service was filed with the Court on July 15, 2008. Docket Nos. 1, 4-5. According to the Court's docketing report, Defendants' response to the complaint is due on or before July 18. See Docket No. 4. The undersigned counsel was recently assigned as primary attorney for the Defendants in this matter

and needs a brief two-week extension to review the file and respond to the Complaint. Plaintiffs' counsel has consented to this request and the undersigned counsel represents that no prejudice will result from this brief extension. Therefore, for the foregoing reasons, Defendants respectfully request a two-week extension until July 29 to respond to Plaintiffs' Complaint. A proposed Order has been attached to this motion for the Court's convenience.

Respectfully submitted this 15th day of July, 2008,

>RONALD J. TENPAS
>Assistant Attorney General
>Environment and Natural Resources Division
>
>/s/ Barry A. Weiner
>BARRY A. WEINER
>Environment and Natural Resources Division
>United States Department of Justice
>P.O. Box 663
>Washington, D.C.  20044-0663
>Telephone: (202) 305-0469
>Facsimile: (202) 305-0274
>Barry.Weiner@ysdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2008, a copy of the foregoing UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT and proposed order, was served by CM/ECF electronic filing on the following attorneys of record:

    Howard B. Crystal
    Eric R. Glitzenstein
    Meyer & Glitzenstein
    1601 Connecticut Avenue, N.W.
    Suite 450
    Washington, D.C.  20009
    FAX: (202) 588-5049


                                /s/ Barry A. Weiner
                                Barry A. Weiner
                                Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BLUEWATER NETWORK, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 1:08-cv-00841 |
| ) | |
| DIRK KEMPTHORNE, in his official ) | |
| capacity as Secretary of the Interior ) | |
| 1849 C Street NW ) | |
| Washington, DC 20240, and ) | |
| ) | |
| and ) | |
| ) | |
| MARY BOMAR, in her official ) | |
| capacity as Director of the ) | |
| National Park Service, ) | |
| Department of the Interior ) | |
| 1849 C Street, N.W. ) | |
| Washington, D.C. 20240, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This matter is before the Court on Defendants' Unopposed Motion for an Extension of Time to Respond to Complaint, filed July 15, 2008. The motion hereby GRANTED, and Defendants are ORDERED to submit their response to the Complaint on or before July 29, 2008.

Dated: this _____day of July, 2008.

_____
U.S. District Judge